IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| KIRK D. BISHOP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4218-CV-C-NKL |
| ) | |
| BILL ABBOTT, Sheriff, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On July 31, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims against defendant Dr. Eugene Honeywell. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of July 31, 2008, is adopted. [43] It is further

ORDERED that defendant Dr. Eugene Honeywell's motion of April 15, 2008, for summary judgment is granted and plaintiff's claims against Dr. Honeywell are dismissed. [30]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: September 3, 2008
Jefferson City, Missouri