# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| KIRK D. BISHOP, Register No. 74929, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4218-CV-C-NKL |
| ) | |
| BILL ABBOTT, Sheriff, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On October 23, 2008, United States Magistrate Judge William A. Knox recommended that defendants' motion to dismiss be granted and plaintiff's claims be dismissed. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth Circuit are required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial appellate filing fee and later installments from the prisoner's account.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of October 23, 2008, is adopted. [46] It is further

ORDERED that defendants' motion of July 17, 2008, for summary judgment is granted and this case is dismissed. [40]

/s/ Nanette K Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: November 24, 2008
Jefferson City, Missouri